**Eric CLAUSEN, Appellant,**

v.

**NATIONAL GEOGRAPHIC SOCIETY; National Geographic Society Education Foundation; North Dakota Geography Education Fund; North Dakota Geographic Alliance, Appellees.**

No. 09–3618.

United States Court of Appeals, Eighth Circuit.

Submitted: June 3, 2010.

Filed: June 7, 2010.

Craig A. Peterson, Peterson Law Office, Fargo, ND, for Appellant.

1. The HONORABLE DANIEL L. HOVLAND, United States District Judge for the District of

Sarah Andrews Herman, Matthew A. Kipp, Dorsey & Whitney, Fargo, ND, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Eric Clausen appeals the district court's [1] adverse grant of judgment on the pleadings in his Title IX and state law action.

Following careful de novo review of the record, *see Clemons v. Crawford,* 585 F.3d 1119, 1124 (8th Cir.2009), we conclude that Clausen failed to state a Title IX claim of gender discrimination or retaliation, and failed to plead a claim of actual or constructive fraud under North Dakota law. Accordingly, we affirm for the reasons set forth in the district court's order. *See* 8th Cir. R. 47B.